## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CR84** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **JUANA BAUTISTA PALMA NUNEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Juana Bautista Palma Nunez (Palma Nunez) to modify the conditions of release (Filing No. 31). Palma Nunez seeks to relocate her residence to Omaha, Nebraska. Palma Nunez's counsel represents that counsel for the government has no objection. Pretrial Services has investigated the proposal and recommends approval (Filing No. 32 - Sealed).

Upon consideration, Palma Nunez's motion (Filing No. 31) is granted. Palma Nunez shall execute a Consent to Modify with Pretrial Services.

**IT IS SO ORDERED.**

DATED this 3rd day of September, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge